UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA MCCORMICK

    Plaintiff,

vs

DAVID M. FINDLING, ET AL,

    Defendants.
_____/

Case No: 05-72165
Honorable Victoria A. Roberts

## ORDER

On September 22, 2005, the Plaintiff filed the following Motions:

1. Motion for Rehearing to Compel Service of Pleadings on Plaintiff (Doc. 51);

2. Motion for Rehearing of Verified Petition for TRO (Doc. 52); and

3. Motion for Rehearing to Strike Defendant Miechiels Answers (Doc. 53).

The Court will consider these as Motions for Reconsideration.

Plaintiff's Motions present the same issues already ruled on by the Court. Further, the Plaintiff has failed to demonstrate a palpable defect by which the Court and parties have been misled.  L.R. 7(g)(3).

The Court will **DENY** these motions.

**FURTHER**, on September 22, 2005, the Plaintiff filed the following Motion:

4. Motion seeking leave of Court to File Motion for Clarification of Courts Order Dismissing Case (Doc. 54);

The Court will **DENY** Plaintiff's Motion.  The Court's Order Granting Motion to

Dismiss (Doc. #47) is clear.

**IT IS SO ORDERED.**

                                                /s/ Victoria A. Roberts
                                                Victoria A. Roberts
                                                United States District Judge

Dated: October 4, 2005

---

The undersigned certifies that a copy of this document was served on the attorneys of record and plaintiff by electronic means or U.S. Mail on October 4, 2005.

s/Linda Vertriest
Deputy Clerk