UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA MCCORMICK,

    Plaintiff,

vs                                                 Case No: 05-72165
                                                    Honorable Victoria A. Roberts

DAVID FINDLING, ET AL,

    Defendants.
_____/

## ORDER

      Plaintiff has filed a Motion for Rehearing of Order of Dismissal and to Hold Decision in Abeyance Until Court of Appeals Rules on Pending Motion (Doc. #56) and an Amended Motion for Rehearing Order of Dismissal and to Hold Decision in Abeyance until Court of Appeals Rules on Pending Appeal (Doc. #57). The Court will construe this as a Motion for Reconsideration.

      Plaintiff's Motion presents the same issues already ruled on by the Court. Further, the Plaintiff has failed to demonstrate a palpable defect by which the Court and the parties have been misled. L.R. 7(g)(3).

      For these reasons, Plaintiff's motion is **DENIED**.

      **IT IS SO ORDERED**.

                                                  s/Victoria A. Roberts
                                                  Victoria A. Roberts
                                                  United States District Judge

Dated: October 21, 2005

The undersigned certifies that a copy of this document was served on the attorneys of record and Linda McCormick by electronic means or U.S. Mail on October 21, 2005.

s/Linda Vertriest
Deputy Clerk